1   Donna Mezias (State Bar No. 111902)
    dmezias@jonesday.com
2   Catherine Nasser (State Bar No. 246191)
    cnasser@jonesday.com
3   JONES DAY
    555 California Street
4   San Francisco, CA 94105
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES
7   CORPORATION

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11

     TOM CHAU, individually and on behalf of        Case No. C07-03541 MMC
12   all others similarly situated,

13                    Plaintiff,                     DEFENDANT INTERNATIONAL
                                                     BUSINESS MACHINES
14        v.                                         CORPORATION'S CERTIFICATION
                                                     OF INTERESTED ENTITIES OR
15   International Business Machines, a              PERSONS
     Corporation, and DOES 1-20, inclusive,
16
                      Defendant.
17

18       TO THE CLERK OF THE ABOVE ENTITLED COURT:

19            Pursuant to Civil L.R. 3-16, the undersigned counsel for Defendant International Business

20   Machines Corporation certifies that as of this date, other than the named parties, there is no such

21   interest to report.

22
     Dated: July 9, 2007                           Respectfully submitted,
23
                                                   JONES DAY
24

25                                                 By: _____
                                                       Donna M. Mezias
26                                                     Attorneys for Defendant
                                                       INTERNATIONAL BUSINESS
27                                                     MACHINES CORPORATION

28   SFI-566641v1

                                                   1        DEFENDANT'S CERTIFICATE OF
                                                                  INTERESTED PARTIES