Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

ORIGINAL FILED
JUL - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOM CHAU, individually and on behalf of all others similarly situated,

Plaintiff,

v.

International Business Machines, a Corporation, and DOES 1-20, inclusive,

Defendant.

CASE NO. C07-03541 MMC

DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Complaint Filed: May 31, 2007

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Business Machines Corporation ("IBM") hereby makes the following Corporate Disclosure Statement: IBM has no parent corporation, and there is no publicly held corporation that owns 10% or more of IBM's stock.

Dated: July 9, 2007

Jones Day

By: _____
Donna. M. Mezias
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

SFI-566630v1