1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

ORIGINAL FILED
07 JUL 10 PM 1:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CHAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>International Business Machines, a Corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C-07-03541 MMC<br><br>**CERTIFICATE OF SERVICE**<br>**on DEFENDANT'S RULE 7.1**<br>**DISCLOSURE STATEMENT and**<br>**CERTIFICATION OF INTERESTED**<br>**ENTITIES OR PARTIES** |

 

## PROOF OF SERVICE
(CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA       )
                          )  ss.
COUNTY OF SAN FRANCISCO   )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **July 9, 2007**, I served the following:

- **DEFENDANT INTERNATIONAL BUSINESS MACHINES' CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

- **DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Kevin J. McInerney, Esq.            *Telephone: 775-849-3811*
Kelly McInerney, Esq.               *Facsimile: 775-849-3866*
Charles A. Jones, Esq.
McInerney & Jones
18124 Wedge Parkway #503
Reno, NV 89511

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[X]   **VIA FACSIMILE**: I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error. The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  [X]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

2  Executed on **July 9, 2007,** at San Francisco, California.

_____
Pamela Walter

6  SFI-566888v1

CERTIFICATE OF SERVICE                            3                            Case No. C-07-03541

```
                                                                            P. 1
         * * *  COMMUNICATION RESULT REPORT ( JUL. 9. 2007  3:41PM ) * * *
                                              FAX HEADER 1 : Jones Day San Francisco
                                              FAX HEADER 2 :

TRANSMITTED/STORED : JUL. 9. 2007  3:40PM
FILE MODE          OPTION          ADDRESS                    RESULT      PAGE
---------------------------------------------------------------------------------
8785 MEMORY TX                     7758493866                  OK          6/6
---------------------------------------------------------------------------------
       REASON FOR ERROR
         E-1) HANG UP OR LINE FAIL            E-2) BUSY
         E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```



# Facsimile Transmission

555 California Street, 26th Floor • San Francisco, California 94104 • (415) 626-3939
Facsimile: (415) 875-5700
pwalter@jonesday.com

July 9, 2007

Please hand deliver the following facsimile to:

Name: **Kevin J. McInerney**
**Kelly McInerney**
**Charles A. Jones**

Facsimile No.: **775-849-3866**

Company: **McInerney & Jones**

Number of pages (including this page): 6

Telephone No.: **775-849-3811**

From: **Pamela Walter**

Title: **Legal Secretary**

Send Copies To:

Direct Telephone No.: **(415) 875-5849**

JP No.: **JP009287**

☐ **Copies distributed** _____
                Operator's Initials

CAM No.:   **383681-064009**

Re:   **Chao v. IBM - NOTICE OF REMOVAL**

---

NOTICE: This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or the agent of the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone at the direct telephone number noted above.

---

Message:

Please find attached **DEFENDANT INTERNATIONAL BUSINESS MACHINES' CORPORATIONS'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** and **DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT.** Hard copies follow by mail.

Please call us immediately if the facsimile you receive is incomplete or illegible. Please ask for the facsimile operator.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON