Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CHAU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>International Business Machines, a Corporation, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. C 07-03541 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Matthew W. Lampe, an active member in good standing of the bar of Ohio, whose business address and telephone number is 325 John H. McConnell Blvd., Suite 600, Columbus, OH 43215-2676, (614) 469-3939, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant International Business Machines Corporation in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

///

1 | will constitute notice to the party. All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, Electronic Case Filing.

3
4 | Dated: September 12, 2007          By: /s/ Maxine M. Chesney
5 |                                    Honorable Maxine M. Chesney
   |                                    United States District Court Judge

6
  | SF1-568584v1
7

[Proposed] Order Granting Application For          - 2 -
Admission of Attorney Pro Hac Vice                                    Case No. C07-03541 MMC