1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TOM CHAU,                                No. C-07-3541 MMC

12              Plaintiff,                    **CLERK'S NOTICE**

13      v.

14   INTERNATIONAL BUSINESS MACHINES,

15              Defendant.
     _____/

16

17

18      **YOU ARE NOTIFIED** that due to the unavailability of the Court, the Initial Case

19   Management Conference previously scheduled for Friday, October 19, 2007  has been re-scheduled

20   to Friday, November 2, 2007 at 10:30 a.m. before the Honorable Maxine M. Chesney.

21   The parties are advised that a joint case management conference statement is due on or before
     Friday, October 26, 2007.

22
     Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
23   San Francisco, CA 94102.

24                                            **FOR THE COURT,**

25                                            Richard W. Wieking, Clerk

26
                                             _Tracy Lucero_
27   Dated: September 27, 2007                _____
                                             Tracy Lucero, Deputy Clerk
28

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28