UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TOM CHAU, individually and on behalf of
all others similarly situated,

                      Plaintiff(s),

              v.

INTERNATIONAL BUSINESS MACHINES,
a Corporation, and DOES 1-20, inclusive,
                      Defendant(s).

Case No. C 07-03541 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/28/07

                                                               *Alec A Berman*
                                                              [Party] International Business Machines Corp.

Dated: September 28, 2007

                                                              *Donna M. Mezias, esq.*
                                                              [Counsel] Donna M. Mezias
                                                              Attorneys for Defendant IBM