1  Donna M. Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | **Tom Chau, individually and on behalf of all others similarly situated,** | Case No. C07-03541 MMC |
12 | | **DECLARATION OF KEITH WILLIAMS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
   | **Plaintiff,** | |
13 | v. | |
14 | | |
   | **International Business Machines, a Corporation, and DOES 1-20, inclusive,** | Date:  November 30, 2007 |
15 | | Time:  9:00 a.m. |
   | | Judge: Hon. Maxine Chesney |
16 | **Defendant.** | Courtroom 7, 19th Floor |

17

18     I, Keith Williams, declare and state as follows:

19     1.     I am employed by International Business Machines Corporation ("IBM" or the

20 "Company") in the position of Senior Human Resources Partner.  The following is based on my

21 personal knowledge or upon my review of Company records maintained in the ordinary course of

22 business and, if called upon to do so, I could and would testify competently thereto.

23     2.     In my position with IBM, I have access to certain employee personnel file

24 materials and other business records, and I am familiar with the subject matter of this case.

25     3.     In December 2000, IBM hired Tom Chau.  During his employment, IBM classified

26 Mr. Chau as an exempt employee and paid him a salary of $75,000 per year.  On February 6,

27 2004, the Company terminated Mr. Chau's employment as part of a reduction in force.

28

Case No. C07-03541                                1                     Williams Decl. in Support of
                                                                        Motion For Summary Judgment

1     4.    Mr. Chau was paid his salary and earned vacation through February 6, 2004 ("Final Wages") at the time of his termination.

    5.    In connection with his separation, Mr. Chau executed a General Release and Covenant Not To Sue (the "Release"). Attached as Exhibit A of this Declaration is a true and accurate copy of the Release signed by Mr. Chau.

    6.    In consideration for his execution of the Release, IBM paid Mr. Chau $9,681.55 in separation pay. Mr. Chau's execution of the Release was not a requirement for his receipt of the Final Wages.

This declaration is made in accordance with 28 U.S.C. § 1746 and I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Rochester F on Oct 12, 2007.

_____
KEITH WILLIAMS

C01-1382649v1

# EXHIBIT A

GENERAL RELEASE AND COVENANT NOT TO SUE  7A0638
YOU ARE ADVISED TO CONSULT AN ATTORNEY BEFORE YOU SIGN THIS RELEASE



7A0638    2/6/04

If you feel that you are being coerced to sign this General Release and Covenant Not to Sue (hereinafter "Release"), that your signing would for any reason not be voluntary, or you believe the process by which you have been offered this Release or the payment in exchange for this Release is discriminatory (see End Note 1 on the last page of this Release), you are encouraged to discuss this with your management, or Human Resources before signing this Release.

After reviewing the Release with your personal attorney, you may discuss any concerns you have with your manager or your personal attorney can contact IBM Legal Counsel. You should thoroughly review and understand the effects of the Release before signing it.

In exchange for the sums and benefits received pursuant to the terms of the IBM Individual Separation Allowance Plan, (Name of Individual) (hereinafter "you") agrees to release and hereby does release International Business Machines Corporation, its subsidiaries and affiliates, and its and their benefits plans (collectively, hereinafter "IBM"), from all claims, demands, actions or liabilities you may have against IBM of whatever kind including, but not limited to, those that are related to your employment with IBM, the termination of that employment, your eligibility for other severance payments, or your eligibility for participation in a retirement bridge, or claims for attorneys' fees.

You agree that this also releases from liability IBM's agents, directors, officers, employees, representatives, successors and assigns (hereinafter "those associated with IBM"). You agree that you have voluntarily executed this Release on your own behalf, and also on behalf of any heirs, agents, representatives, successors and assigns that you may have now or in the future. You also agree that this Release covers, but is not limited to, claims arising from the Age Discrimination in Employment Act of 1967, as amended, Title VII of the Civil Rights Act of 1964, as amended, the Worker Adjustment and Retraining Notification Act and any other federal, state or local law dealing with discrimination in employment including, but not limited to, discrimination based on sex, sexual orientation, race, national origin, religion, disability, veteran status or age and claims for attorney's fees. You also agree that this Release includes, but is not limited to, claims based on theories of contract or tort, whether based on common law or otherwise. In addition, you agree to waive any right you have to pursue any claim or grievance through any IBM internal channel including, but not limited to, the IBM Open Door Policy. This Release covers both claims that you know about and those that you may not know about which have accrued by the time you execute this Release.

If you have worked or are working in California and Section 1542 of the Civil Code of California applies to you, the following applies to this Release:

You expressly waive the protection provided by Section 1542 of the California Civil Code which states:

> "A general release does not extend to claims which a creditor does not know or suspect
> to exist in his favor at the time of executing the release, which if known by him
> must have materially affected his settlement with the debtor."

Since you intend to release IBM and those associated with IBM of all claims, you agree to waive your rights, to the extent permitted by law, under Section 1542. In the event that you do not understand Section 1542 or its legal effect on you, you are advised to seek legal counsel.

**GENERAL RELEASE AND COVENANT NOT TO SUE**
YOU ARE ADVISED TO CONSULT AN ATTORNEY BEFORE YOU SIGN THIS RELEASE

This Release does not prevent you from enforcing your non-forfeitable rights to your accrued benefits (within the meaning of Sections 203 and 204 of the Employee Retirement Income Security Act of 1974, as amended), as of the date of the termination of your IBM employment under the IBM Personal Pension Plan or the IBM Retirement Plan as applicable and the IBM Savings Plan, which are not released hereby but survive unaffected by this document.

You agree that you will never institute a claim of any kind against IBM, or those associated with IBM including, but not limited to, claims related to your employment with IBM or the termination of that employment or other severance payments, or eligibility for participation in the retirement bridge. If you violate this covenant not to sue by suing IBM or those associated with IBM, you agree that you will pay all costs and expenses of defending against the suit incurred by IBM or those associated with IBM, including reasonable attorneys' fees, and all further costs and fees, including attorneys' fees, incurred in connection with collection. This covenant not to sue does not apply to actions based solely under the Age Discrimination in Employment Act of 1967, as amended. That means that if you were to sue IBM or those associated with IBM only under the Age Discrimination in Employment Act of 1967, as amended, you would not be liable under the terms of this Release for their attorneys' fees and other costs and expenses of defending against the suit. This Release does not preclude filing a charge with the U.S. Equal Employment Opportunity Commission.

You acknowledge and agree that:

1. The payment and benefits provided pursuant to the IBM Individual Separation Allowance Plan constitute consideration for this Release, in that they are payments and benefits to which you would not have been entitled had you not signed this Release.

2. You have been given the opportunity to take a period of at least twenty-one (21) days within which to consider this Release and the Summary Plan Description for the IBM Individual Separation Allowance Plan, and IBM expects that you will take the full 21 days to consider them. In the event you execute this Release before that time, you certify, by such execution, that you knowingly and voluntarily waived the right to the full 21 days, for reasons personal to you, with no pressure by any IBM representative to do so.

3. This Release does not waive any claims that you may have that arise after the date you sign this Release.

4. You have not relied on any representations, promises, or agreements of any kind, whether written or oral, made to you in connection with your voluntary decision to accept the consideration, except for those set forth in the Summary Plan Description.

5. In the event of rehire by IBM or any of its subsidiaries as a regular employee, you understand that IBM reserves the right to require repayment of a prorated portion of the payment if you have received an IBM Individual Separation Allowance Plan payment. The amount of repayment will be calculated as one week of pay at the rate used to calculate the payment, multiplied by the difference between the number of weeks used to calculate the payment and the number of weeks away from IBM, less an appropriate portion of the payroll taxes associated with the payment withheld by IBM

6. If at the time of executing this Release you are on retirement bridge or a leave of absence, this Release also waives any rights that you may have regarding your retirement bridge or leave of absence -- including, but not limited to, return rights, whether or not statutory.

7. You acknowledge your obligations to IBM regarding IBM's intellectual property, and further acknowledge that these obligations continue after your employment with IBM terminates.

8. You agree that for one year following the termination of your employment, you will not directly or indirectly: a) hire, solicit or make an offer to any employee of IBM to be employed or perform services outside of IBM; or b) solicit for competitive business purposes any customer of IBM with which you have been involved as part of your job responsibilities during the last year of your employment with IBM.

Cov.lwp 8/28/03                                                                                              Page 2 of 3

## GENERAL RELEASE AND COVENANT NOT TO SUE
YOU ARE ADVISED TO CONSULT AN ATTORNEY BEFORE YOU SIGN THIS RELEASE

This Release is not effective or enforceable for seven days (fifteen days in Minnesota) after you sign it, and you may revoke it during that time. To revoke, you agree to deliver the gross IBM Individual Separation Allowance Plan payment less associated payroll taxes withheld by IBM (the sum), and a written notice of revocation to your manager or the Human Resources Manager responsible for your location. This must be done prior to the conclusion of the seventh day (fifteenth day in Minnesota) after you sign the Release. If your manager, or the Human Resources Manager, does not receive a written revocation and the sum referenced above by the end of the seven day period (fifteen days in Minnesota), this Release will become fully enforceable at that time. Revocation of this Release does not alter or change the termination of your employment by IBM.

In case any part of this Release shall be invalid, illegal or otherwise unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

You hereby acknowledge that you understand and agree to this General Release and Covenant Not to Sue.

_Tam Chau_ Name (Print) _7A0648_ Serial #

_[signature]_ Signature

_____ IBM Witness (Print name and employee serial number) or Notary Public (if not witnessed by IBM employee)

_Kathy Khan_ IBM Witness or Notary Public
Signature

_Kathy Khan 2/16/04_ Date

End Note 1: The Age Discrimination in Employment Act prohibits employment discrimination based on age and is enforced by the Equal Employment Opportunity Commission (EEOC). Other federal laws prohibit discrimination in employment based on sex, race, color, national origin, religion, disability, or veteran status. These laws are enforced by the EEOC and the U.S. Department of Labor. There are also state and local laws prohibiting discrimination, which are enforced by state and local human rights agencies.