Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**International Business Machines, a Corporation, and DOES 1-20, inclusive,**<br><br>**Defendant.** | Case No. C 07-03541 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     November 30, 2007<br>Time:     9:00 a.m.<br>Judge:    Hon. Maxine Chesney<br>Courtroom 7, 19th Floor |

Defendant International Business Machines Corporation ("Defendant") has filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(b) and Northern District of California Civil Local Rules 7-2, 7-4 and 56(b). Having fully considered Defendant's Motion For Summary Judgment on Plaintiff's Complaint, the briefs and evidence submitted by the parties, and the arguments of counsel relating thereto, and good cause appearing:

IT IS HEREBY ORDERED:

Plaintiff's claims are barred by the plain language of a valid and enforceable general release and covenant not to sue. That release waived liability for all claims arising out of his employment with Defendant, and it covers all of the claims that Plaintiff seeks to assert in this

1  case. *See*, *Reynov v. ADP Claims Services Group, Inc.,* No. C 06-2056 CW, 2007 U.S. Dist.
2  LEXIS 31631 at * 8 (N.D. Cal., April 30, 2007).
3      Accordingly, Defendant's motion is GRANTED and judgment shall be entered in
4  Defendant's favor on all claims for relief in the Complaint.
5      IT IS SO ORDERED.

Date: _____              _____
                                                    Hon. Maxine M. Chesney
                                                    United States District Court Judge

SFI-567653v1