United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CHAU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES, a Corporation,<br><br>    Defendant / | No. C-07-3541 MMC<br><br>**AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Statement, filed October 26, 2007. As the parties note therein, defendant's motion for summary judgment is noticed for hearing on November 30, 2007.

    In light of the pending motion, the Case Management Conference scheduled for November 2, 2007 is hereby CONTINUED to January 25, 2008.

    **IT IS SO ORDERED.**

Dated: October 31, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge