Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU,** individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**INTERNATIONAL BUSINESS MACHINES,** a Corporation, and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 07-03541 MMC<br><br>**PLAINTIFF'S COMPENDIUM OF RECENT CALIFORNIA CASES**<br><br>Date: November 30, 2007<br>Time: 9:00 a.m.<br><br>Honorable Maxine M. Chesney |

　　A. *Gentry v. Superior Court (Circuit City)* (2007) 42 Cal.4th 443
　　B. *Warner v. Experian,* Los Angeles Superior Court Case No. BC362599
　　C. *Zheng v. Siebel*, San Mateo Superior Court Case No. 435601

Dated: November 9, 2007　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kevin J. McInerney
　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin J. McInerney, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

---

1
PLAINTIFF'S COMPENDIUM OF RECENT CALIFORNIA CASES　　　　　　Case No. C07-03541 MMC