Donna M. Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tom Chau, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**International Business Machines, a Corporation, and DOES 1-20, inclusive,**<br><br>**Defendant.** | **Case No. C07-03541 MMC**<br><br>**DEFENDANT'S OBJECTIONS TO THE DECLARATION OF TOM CHAU**<br><br>Date:     November 30, 2007<br>Time:    9:00 a.m.<br>Judge:   Hon. Maxine Chesney<br>              Courtroom 7, 19th Floor |

Defendant International Business Machines Corporation ("Defendant") hereby objects to the following portions of the Declaration of Tom Chau submitted in support of Plaintiff's Opposition to Defendant IBM's Motion for Summary Judgment:

**Evidence Objected To:**  Tom Chau Declaration, ¶ 4 ("She [Kathy Hanson] said 'I have two checks – one for salary and unused vacation and one for the layoff benefit.  Before we give you your checks, you have to sign this' or very similar words to that effect.").

**Objection:**  Parol evidence rule.  Cal. Code Civ. Pro. § 1856(a)

**Evidence Objected To:**  Tom Chau Declaration, ¶ 8 ("I knew I would need money and it was clear the only way I could get paid my salary and vacation money was to sign the separation package.").

**Objection:**  Parol evidence rule.  Cal. Code Civ. Pro. § 1856(a)

**Evidence Objected To:**  Tom Chau Declaration, ¶ 8 ("The check I received for $9,681.55 was the amount that IBM owed me under the company policy of providing a layoff benefit to employees based on the length of their tenure.")

**Objection:**  Parol evidence rule.  Cal. Code Civ. Pro. § 1856(a)

Dated: November 16, 2007

Respectfully submitted,

Jones Day

By:   /S/ Donna M. Mezias
     Donna M. Mezias
Counsel for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

Defendant's Objections to Declaration of Tom Chau     2     Case No. C07-03541 MMC