UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*HON. MAXINE CHESNEY*

CIVIL MINUTE ORDER

DATE: November 30, 2007
TITLE: Chau -v- Intl Business Machines    CASE #: C-07-3541 MMC

APPEARANCES:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Kevin McInerney | Donna Mezias |
| Kelly McInerney | Catherine Nasser |

Deputy Clerk: Brenda Tolbert    Reptr: Juanita Gonzales

PROCEEDINGS:

___ Initial Case Management
___ Further Case Management
___ Further Status Conference
___ Pretrial Conference
___ Settlement Conference (Length: Hr/s.)
___ Evidentiary Hearing
___ Examination of Judgment Debtor
_X_ Motions
___ Other:

ORDER/RESULTS:

Motion Hearing Held on defendant's Motion for Summary Judgment. Parties to submit limited briefing, not to exceed 5 pages on issue of Parole Evidence Rule. Plaintiff to file by 12/10/07; Response by 12/19/07. Court will then take Motion under submission.

Case Continued To:  1/25/08 at 9:00 a.m.    For: Initial Case Management Conference
Case Referred To:                           For:

ORDER TO BE PREPARED BY:

cc: Brenda, Tracy