Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
Charles A. Jones, Esq., SBN 224915
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:    (775) 849-3811
Facsimile:    (775) 849-3866
kevin@mcinerneylaw.net
kelly@mcinerneylaw.net
caj@mcinerneylaw.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CHAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, a Corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C 07-03541 MMC<br><br>**PLAINTIFF'S CASES AND STATUTES**<br><br>Honorable Maxine M. Chesney<br>Courtroom 7 |

Attached hereto as Exhibits A-O are copies of the following, which are referenced in Plaintiff's Surreply Brief on Parol Evidence:

    A. *De Armas v. Dickerman* (1952) 108 Cal.App.2d 548

    B. *Endicott v. Rosenthal* (1932) 216 Cal. 721

    C. *Homani v. Iranzadi* (1989) 211 Cal.App.3d 1104

    D. *Jinro America Inc. v. Secure Investments, Inc.* (2001) 266 F.3d 993

    E. *Lebal Co. of American, LTD. v. Mastrup* (1942) 51 Cal.App.2d 232

    F. *Lewis and Queen v. N.M. Ball Sons* (1947) 48 Cal.2d 141

    G. *May v. Herron* (1954) 127 Cal.App.2d 707

    H. *Mitchell v. Leslie* (1995) 39 Cal.App.4th Supp. 7

    I. *Morey v. Paladini* (1922) 187 Cal. 727

    J. *Pacific State Bank v. Greene* (2003) 110 Cal.App.4th 375

    K. *Precision Fabricators, Inc. v. Levant* (1960) 182 Cal.App.2d 637

    L. *Sentry Select Ins. Co. v. Royal Ins. Co. of America* (2007) 481 F.3d 1208

    M. *West v. Conrad* 177 F.2d 252 (9th Cir. 1949)

    N. *Zevada Enterprises, Inc. v. Sasson* (Ca 2005) 2005 WL 2742815

    O. California Labor Code Sections 201, 203, 206.5, and 1194

Dated:  December 10, 2007                       Respectfully submitted,

                                                                       /s/ Kevin J. McInerney

                                                                Kevin J. McInerney, Esq.

                                                                *Attorney for Plaintiff*

2

PLAINTIFF'S CASES AND STATUTES                                                          Case No.
C07-03541 MMC