# EXHIBIT O

# CALIFORNIA LABOR CODES

**§201. Immediate payment of wages upon discharge or layoff**

(a) If an employer discharges an employee, the wages earned and unpaid at the time of discharge are due and payable immediately.

**§203.** If an employer willfully fails to pay, without abatement or reduction, in accordance with Sections 201, 201.5, 202, and 205.5, any wages of an employee who is discharged or who quits, the wages of the employee shall continue as a penalty from the due date thereof at the same rate until paid or until an action therefore is commenced.

**§206.5. Execution of release of claim or right on account of wages due**

No employer shall require the execution of any release of any claim or right on account of wages due, or to become due, or made as an advance on wages to be earned, unless payment of such wages has been made. Any release required or executed in violation of the provisions of this section shall be null and void as between the employer and the employee and the violation of the provisions of this section shall be a misdemeanor.

**§1194. Action to recover minimum wage, overtime compensation, interest, attorney's fees, and costs by employee**

(a) Notwithstanding any agreement to work for a lesser wage, any employee receiving less than the legal minimum wage or the legal overtime compensation applicable to the employee is entitled to recover in a civil action the unpaid balance of the full amount of this minimum wage or overtime compensation, including interest thereon, reasonable attorney's fees, and costs of suit.