IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM CHAU, | No. C-07-3541 MMC |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES, | |
|     Defendant. | |

**YOU ARE NOTIFIED** that, contrary to the Court minutes filed on November 30, 2007, the Initial Case Management Conference is scheduled for Friday, January 25, 2008 at **10:30 a.m.** before the Honorable Maxine M. Chesney.

The parties are advised that a joint case management conference statement is due on or before Friday, January 18, 2008.

Please report to Courtroom 7, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                                 **FOR THE COURT,**

                                                 Richard W. Wieking, Clerk

Dated: January 11, 2008

                                                 Tracy Lucero, Deputy Clerk