1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU, individually and on behalf of all others similarly situated,** | **Case No. C 07-03541 MMC** |
| **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| **v.** | |
| **International Business Machines, a Corporation, and DOES 1-20, inclusive,** | |
| **Defendant.** | |

1  WHEREAS, the Court scheduled an initial Case Management Conference for January 25, 2008, and ordered the parties to submit a Case Management Statement by January 18, 2008;

WHEREAS, the Court currently has Defendant International Business Machines' ("Defendant") Motion for Summary Judgment under submission;

WHEREAS, the Honorable Judge Maxine M. Chesney suggested at the November 30, 2007, oral argument that the parties submit a stipulation to continue the scheduled initial Case Management Conference in the event an Order was not yet issued on Defendant's Motion.

IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant through their respective counsel of record as follows:

1. The date for the initial Case Management Conference shall be continued until the third Friday after the entry of any Order on Defendant's Motion for Summary Judgment.

2. The parties must file a joint case management conference statement at least seven (7) calendar days before the continued Initial Case Management Conference.

Dated: January 17, 2008

Respectfully submitted,

JONES DAY

By: /s/ Catherine S. Nasser
Catherine S. Nasser
Attorneys for Defendant

INTERNATIONAL BUSINESS MACHINES CORPORATION

Dated: January 17, 2008

Respectfully submitted,

MCINERNEY & JONES

By: /s/ Kelly McInerney
Kelly McInerney
Attorneys for Plaintiff

TOM CHAU

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 17, 2008               JONES DAY

                                      By: /S/ Catherine S. Nasser
                                          Attorneys for Defendant

                                      INTERNATIONAL BUSINESS
                                      MACHINES CORPORATION

1
2  **ORDER**
3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6
7  Dated: _____, 2008         _____
                                    Maxine M. Chesney
8                                   United States District Judge
9
10
11
12
13
14
15
    SFI-577087v1
16
17
18
19
20
21
22
23
24
25
26
27
28