1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU, individually and on behalf of all others similarly situated,** | **Case No. C 07-03541 MMC** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **International Business Machines, a Corporation, and DOES 1-20, inclusive,** | |
| Defendant. | |

---

Stipulation and [Proposed] Order Continuing           -1-           Case No. C 07-03541 MMC
Case Management Conference

1       WHEREAS, the Court scheduled an initial Case Management Conference for January 25, 2008, and ordered the parties to submit a Case Management Statement by January 18, 2008;

3       WHEREAS, the Court currently has Defendant International Business Machines' ("Defendant") Motion for Summary Judgment under submission;

5       WHEREAS, the Honorable Judge Maxine M. Chesney suggested at the November 30, 2007, oral argument that the parties submit a stipulation to continue the scheduled initial Case Management Conference in the event an Order was not yet issued on Defendant's Motion.

8       IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant through their respective counsel of record as follows:

10    1.    The date for the initial Case Management Conference shall be continued until the third Friday after the entry of any Order on Defendant's Motion for Summary Judgment.

12    2.    The parties must file a joint case management conference statement at least seven (7) calendar days before the continued Initial Case Management Conference.

Dated: January 17, 2008                       Respectfully submitted,

                                                   JONES DAY

                                                   By: /s/ Catherine S. Nasser
                                                         Catherine S. Nasser
                                                         Attorneys for Defendant

                                                   INTERNATIONAL BUSINESS
                                                   MACHINES CORPORATION

Dated: January 17, 2008                       Respectfully submitted,

                                                 MCINERNEY & JONES

                                                 By: /s/ Kelly McInerney
                                                       Kelly McInerney
                                                       Attorneys for Plaintiff

                                                 TOM CHAU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>SIGNATURE ATTESTATION</u>

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 17, 2008                    JONES DAY

                                              By: /S/ Catherine S. Nasser
                                                  Attorneys for Defendant

                                            INTERNATIONAL BUSINESS
                                            MACHINES CORPORATION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that the January 25, 2008 Case Management Conference is continued to February 29, 2008.

Dated: January 23, 2008

_____
Maxine M. Chesney
United States District Judge

SFI-577087v1

---

Stipulation and [Proposed] Order Continuing Case Management Conference   - 4 -   Case No. C 07-03541 MMC