1  Donna Mezias (State Bar No. 111902)
   dmezias@jonesday.com
2  Catherine Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street
4  San Francisco, CA 94105
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
7  CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | **TOM CHAU, individually and on behalf of all others similarly situated,** | **Case No. C 07-03541 MMC** |

13 | **Plaintiff,** | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

14 | v. |

15 | **International Business Machines, a Corporation, and DOES 1-20, inclusive,** |

16 | **Defendant.** |

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, pursuant to a previous continuance, the initial Case Management Conference in this matter is currently scheduled for February 29, 2008, with the parties' Joint Case Management Statement due on February 22, 2008;

2    WHEREAS, the Court has not yet ruled on Defendant International Business Machines Corporation's ("Defendant") Motion for Summary Judgment;

3    WHEREAS, the Honorable Maxine M. Chesney suggested at the November 30, 2007 oral argument on the motion that the parties submit a stipulation to continue the initial Case Management Conference in the event an Order had not yet issued on Defendant's Motion.

IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant, through their respective counsel of record, as follows:

1.    The initial Case Management Conference in this action shall be continued to March 28, 2008.

2.    The parties must file a joint case management conference statement at least seven (7) calendar days before the Case Management Conference.

Dated: February 20, 2008

Respectfully submitted,

JONES DAY

By: /S/ Donna M. Mezias
Donna M. Mezias
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Dated: February 20, 2008

Respectfully submitted,

MCINERNEY & JONES

By: /S/ Kevin McInerney
Kevin McInerney
Attorneys for Plaintiff
TOM CHAU

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5 Dated: _____, 2008

6                                        _____
                                       Maxine M. Chesney
7                                      United States District Court Judge

8

9

10

11

12

13

14 SFI-578730v1

# EXHIBIT A

Case 3:07-cv-03541-MMC     Document 35     Filed 02/21/2008     Page 4 of 5

1   WHEREAS, pursuant to a previous continuance, the initial Case Management Conference in this matter is currently scheduled for February 29, 2008, with the parties' Joint Case Management Statement due on February 22, 2008;

WHEREAS, the Court has not yet ruled on Defendant International Business Machines Corporation's ("Defendant") Motion for Summary Judgment;

WHEREAS, the Honorable Maxine M. Chesney suggested at the November 30, 2007 oral argument on the motion that the parties submit a stipulation to continue the initial Case Management Conference in the event an Order had not yet issued on Defendant's Motion.

IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant, through their respective counsel of record, as follows:

1.  The initial Case Management Conference in this action shall be continued to March 28, 2008.

2.  The parties must file a joint case management conference statement at least seven (7) calendar days before the Case Management Conference.

Dated: February 20, 2008                    Respectfully submitted,

                                            JONES DAY


                                            By:_____
                                                Donna M. Mezias
                                                Attorneys for Defendant
                                                INTERNATIONAL BUSINESS
                                                MACHINES CORPORATION


Dated: February 20, 2008                    Respectfully submitted,

                                            MCINERNEY & JONES


                                            By: /s/ Kevin McInerney
                                                Kevin McInerney
                                                Attorneys for Plaintiff
                                                TOM CHAU