| | |
|---|---|
| 1 | Donna Mezias (State Bar No. 111902) |
|   | dmezias@jonesday.com |
| 2 | Catherine Nasser (State Bar No. 246191) |
|   | cnasser@jonesday.com |
| 3 | JONES DAY |
|   | 555 California Street |
| 4 | San Francisco, CA 94105 |
|   | Telephone:   (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700 |
| 6 | Attorneys for Defendant |
|   | INTERNATIONAL BUSINESS MACHINES |
| 7 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU, individually and on behalf of all others similarly situated,** | Case No. C 07-03541 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **International Business Machines, a Corporation, and DOES 1-20, inclusive,** | |
| Defendant. | |

1  WHEREAS, pursuant to a previous continuance, the initial Case Management Conference in this matter is currently scheduled for February 29, 2008, with the parties' Joint Case Management Statement due on February 22, 2008;

WHEREAS, the Court has not yet ruled on Defendant International Business Machines Corporation's ("Defendant") Motion for Summary Judgment;

WHEREAS, the Honorable Maxine M. Chesney suggested at the November 30, 2007 oral argument on the motion that the parties submit a stipulation to continue the initial Case Management Conference in the event an Order had not yet issued on Defendant's Motion.

IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant, through their respective counsel of record, as follows:

1. The initial Case Management Conference in this action shall be continued to March 28, 2008.

2. The parties must file a joint case management conference statement at least seven (7) calendar days before the Case Management Conference.

Dated: February 20, 2008

Respectfully submitted,

JONES DAY

By: /S/ Donna M. Mezias
Donna M. Mezias
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Dated: February 20, 2008

Respectfully submitted,

MCINERNEY & JONES

By: /S/ Kevin McInerney
Kevin McInerney
Attorneys for Plaintiff
TOM CHAU

1

**ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the
3   Case Management Conference is continued to April 4, 2008.

4

5
Dated: ____February 22_____, 2008          _____
6                                             Maxine M. Chesney
                                              United States District Court Judge
7

8

9

10

11

12

13

14   SFI-578730v1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1  WHEREAS, pursuant to a previous continuance, the initial Case Management Conference in this matter is currently scheduled for February 29, 2008, with the parties' Joint Case Management Statement due on February 22, 2008;

WHEREAS, the Court has not yet ruled on Defendant International Business Machines Corporation's ("Defendant") Motion for Summary Judgment;

WHEREAS, the Honorable Maxine M. Chesney suggested at the November 30, 2007 oral argument on the motion that the parties submit a stipulation to continue the initial Case Management Conference in the event an Order had not yet issued on Defendant's Motion.

IT IS HEREBY STIPULATED by and between Plaintiff Tom Chau and Defendant, through their respective counsel of record, as follows:

1. The initial Case Management Conference in this action shall be continued to March 28, 2008.

2. The parties must file a joint case management conference statement at least seven (7) calendar days before the Case Management Conference.

Dated: February 20, 2008

Respectfully submitted,

JONES DAY

By:_____
Donna M. Mezias
Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Dated: February 20, 2008

Respectfully submitted,

MCINERNEY & JONES

By: /s/ Kevin McInerney
Kevin McInerney
Attorneys for Plaintiff
TOM CHAU

---

Stipulation and [Proposed] Order Continuing Case Management Conference   - 2 -   Case No. C 07-03541 MMC