**CIVIL MINUTES**

Judge **MAXINE M. CHESNEY**                                          E-Filing

Date: APR 0 4 2008

C-07-3541-MMC

___Tom Chau___ v ___INTL Business Machines___

Attorneys: ___Kevin McInerney___   ___Donna Mezias___
                                  ___Catherine Nasser___

Deputy Clerk: **TRACY LUCERO**   Reporter: ___Not Reported___

**PROCEEDINGS:**                                                 **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

                                              Initial
( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Deadline for amending pleadings is 4/30/08.
Meet & confer by 6/2/08

(✓) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court ✓

( ) Referred to Magistrate For: _____
        ( ) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off ___5/30/08___   Expert Discovery Cut-Off ___N/A___

Plntf to Name Experts by ___N/A___   Deft to Name Experts by ___N/A___

P/T Conference Date ___6/24/08 @ 3:00___ Trial Date ___7/7/08 @ 9:00___ Set for __4__ days
        Type of Trial: (✓) Jury   ( ) Court
Notes: _____

(24 min)