Donna Mezias (State Bar No. 111902)
dmezias@jonesday.com
Catherine Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Matthew W. Lampe (admitted *pro hac vice*)
mwlampe@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
(not admitted in New York)

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM CHAU, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**International Business Machines, a Corporation, and DOES 1-20, inclusive,**<br><br>**Defendant.** | Case No. C 07-03541 MMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Tom Chau and Defendant International Business Machines Corporation ("IBM") hereby stipulate, by and through their respective counsel of record, that the above-referenced action is dismissed with prejudice. Plaintiff shall pay Defendant IBM's costs in this matter.

IT IS SO STIPULATED.

Dated: June 5, 2008                             JONES DAY

                                                By: /S/ Donna M. Mezias
                                                    Donna M. Mezias
                                                    Attorneys for Defendant
                                                    INTERNATIONAL BUSINESS
                                                    MACHINES CORPORATION

Dated: June 4, 2008                             MCINERNEY & JONES

                                                By:  /S/ Kevin McInerney
                                                    Kevin McInerney
                                                    Attorneys for Plaintiff
                                                    TOM CHAU